**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

- Plaintiff,                             Case No. 07-10308

vs.                                            Honorable: Paul D. Borman

JULIA M. KELSO AKA MCGIBBON,          Claim Number: 1999A20987
SS# XXX-XX-0953
    Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **DATA DIRECTION, INC.** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

                                           s/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: February 19, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 19, 2008.

                                           s/Denise Goodine
                                           Case Manager